FILED
CLERK, U.S. DISTRICT COURT

05/11/2026

CENTRAL DISTRICT OF CALIFORNIA
BY:        KD        DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], <br><br> Plaintiff[s], <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendant[s]. | No. 5:15-cv-00712-JLS (SPx) <br><br> **ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT** |



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. 2:17-cv-05103 JLS (SPx)<br><br>**ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. EDCV 18-07912 JLS (SPx)<br><br>**ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. RAPPORT,<br><br>Plaintiff,<br><br>v.<br><br>PENGCHENG ALUMINUM ENTERPRISE, INC., ET AL.<br><br>Defendants. | No. 5:15-cv-00712-JLS (SPx)<br><br>**ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SHEN,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGTIAN LIU, ET AL.<br><br>Defendants. | No. 2:17-cv-05103 JLS (SPx)<br><br>**ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ALUMINUM EXTRUDERS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>CHINA ZHONGWANG HOLDINGS LTD., *et al.*,<br><br>Defendants. | No. EDCV 18-07912 JLS (SPx)<br><br>**ORDER PARTIALLY LIFTING SEAL AND GRANTING CONSENT JUDGMENT**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

Plaintiff United States of America and Defendants Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; 10681 Production Avenue, LLC (collectively, the "Warehouse Defendants"); and Perfectus Aluminum, Inc.; and Perfectus Aluminum Acquisitions, LLC (collectively, the "Perfectus Defendants") having consented to the relief sought and for good cause shown,

It is ORDERED that the Relators' Complaints, any amended complaints, the United States' Notice of Intervention, and this Order be unsealed; and it is further

ORDERED the seal shall be lifted on all matters occurring in this action after the date of this Order; and it is further

ORDERED that all other papers or Orders on file in this matter shall remain under seal; and it is further

ORDERED that judgment be entered in favor of Plaintiff United States of America and against Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; 10681 Production Avenue, LLC; Perfectus Aluminum, Inc.; and Perfectus Aluminum Acquisitions, LLC, jointly and severally, in the sum of $549,594,030; and it is further

ORDERED that the above-captioned matters as against these Defendants be dismissed with prejudice as to Relators, with prejudice as to the United States with respect to the Covered Conduct identified in the parties' settlement agreement, and without prejudice as to the United States with respect to all other claims; and it is further

ORDERED that this Court shall maintain jurisdiction over any disputes among and between Relators regarding share apportionment or any disputes between the parties related to the settlement agreement entered into in and among the parties.

DATED: May 11, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1